UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br>CDC PROPERTIES I, LLC,<br><br>                Debtor,<br><br>EQUITY FUNDING, LLC, and CENTRUM FINANCIAL SERVICES, INC.,<br><br>                Plaintiffs,<br>    v.<br><br>ERIC D. ORSE, an individual and as principle of Orse & Company, Inc., DIANA K. CAREY, and individual and as shareholder of Karr, Tuttle, Campbell; MICHAEL M. FEINBERG, an individual and as shareholder of Karr, Tuttle, Campbell; KARR TUTTLE CAMPBELL, a Washington Professional Services Corporation; CDC PROPERTIES I, LLC; WELLS FARGO as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Mortgage Pass-Through Certificates, Series, 2005-MCP1; U.S. BANK, as Successor-Trustee to LaSalle Bank N.A., as Trustee for the benefit of the Certificate holders of Commercial Mortgage pass-Through Certificates, Service MCCMT 2004-C2D; and MIDLAND LOAN SERVICES, a Delaware corporation,<br><br>                Defendants. | U.S. DISTRICT COURT CASE NO. 20-5495 RJB<br><br>U.S. BANKRUPTCY CASE NO. 11-41010-BDL<br><br>INTERNAL APPEAL 20-T005<br><br>AND<br><br>U.S. DISTRICT COURT CASE NO. 20-5496 RJB<br><br>U.S. BANKRUPTCY CASE NO. 11-41040-BDL<br><br>INTERNAL APPEAL 20-T006<br><br>ADVERSARY CASE NO. 18-04038-BDL<br><br>ORDER ON STIPULATED MOTION TO CONSOLIDATE AND TRANSFER |

U.S. BANKRUPTCY CASE NO. 11-41010-BDL - 1

1    THIS MATTER comes before the Court on the parties' Stipulated Motion to Consolidate and Transfer.  (Filed as Dkt. 4 in 20-5495 RJB; filed as a "Notice" at Dkt. 4 in 20-5496 RJB).  The Court has considered the pleadings filed regarding the motion and the remaining file.

The stipulated motion to consolidate the two cases, 20-5495 RJB and 20-5496 RJB should be granted.  All filings for both cases should be in 20-5495 RJB.  A copy of this order should be filed in case 20-5496 RJB and it should be administratively closed. The stipulated motion to transfer the cases to the undersigned should be denied as moot.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of June, 2020.

ROBERT J. BRYAN
United States District Judge